Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
May 24, 2024
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

_____ Division

| | |
|---|---|
| Jerry K. Davis<br>Susan L. Davis<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Ennen Eye Center<br>Dr. Parker Pratt, O.D.<br>Dr. Randy Ennen, M.D.<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 2:24-cv-02067<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☒ No |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerry K. and Susan L. Davis |
| Street Address | 2800 Morning Sun Road |
| City and County | Waldron, Scott County |
| State and Zip Code | Arkansas, 72958 |
| Telephone Number | (254) 722-6874 |
| E-mail Address | slwdav@aol.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Ennen Eye Center |
| Job or Title *(if known)* | |
| Street Address | 3312 South 70th Street |
| City and County | Fort Smith, Sebastian County |
| State and Zip Code | Arkansas, 72903 |
| Telephone Number | (479) 452-7800 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Dr. Parker Pratt |
| Job or Title *(if known)* | Optometrist |
| Street Address | 3312 South 70th Street |
| City and County | Fort Smith, Sebastian County |
| State and Zip Code | Arkansas, 72903 |
| Telephone Number | (479) 452-7800 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Dr. Randy Ennen |
| Job or Title *(if known)* | Ophthalmologist |
| Street Address | 3312 South 70th Street |
| City and County | Fort Smith, Sebastian County |
| State and Zip Code | Arkansas, 72903 |
| Telephone Number | (479) 452-7800 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

51 U.S. Code §20137

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Jerry had been a patient at Ennen Eye Center for over ten years and always saw Dr. Ennen. In May of 2022, Jerry began experiencing blurriness. On the day we called to make an appointment, Dr. Ennen was out of the office so Jerry was scheduled to be seen by another doctor. Jerry valued his eyesight and had only been seen by ophthalmologists for over forty years. The staff scheduled him with Dr. Pratt, an optometrist, despite Jerry's history of health issues, the reason for his visit, and the fact that he had his regularly scheduled six-month appointment just four weeks earlier. We trusted Dr. Ennen, and his clinic.
As with all of his eye appointments, Jerry underwent several tests and examinations. We noticed it was "Casual

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Though Jerry was eighty-one at the time, he still worked and maintained the farm, vehicles and home with his wife, Susan. In his spare time he would watch television, or rather have it turned on, because he always had a book or something else close by that he would be reading. Losing the sight in one eye not only took away the joy of his favorite pastime and hobby, but also affected his mobility by altering his depth perception. He no longer went outside to work. He became weak and then he fell ill, which was rare for him. In July 2022, he went to the emergency room in Waldron, from where he was airlifted him to the Fort Smith Hospital. After several days, he was moved to a rehab facility for several weeks. He came home, but did not improve. He had home health visits

Information for Section III

Jerry had been a patient at Ennen Eye Center for over ten years and always saw Dr. Ennen. In May of 2022, Jerry began experiencing blurriness. On the day we called to make an appointment, Dr. Ennen was out of the office so Jerry was scheduled to be seen by another doctor. Jerry valued his eyesight and had only been seen by ophthalmologists for over forty years. The staff scheduled him with Dr. Pratt, an optometrist, despite Jerry's history of health issues, the reason for his visit, and the fact that he had his regularly scheduled six-month appointment just four weeks earlier. We trusted Dr. Ennen, and his clinic.

As with all his eye appointments, Jerry underwent several tests and examinations. We noticed it was "Casual Friday" at the office. After the dilation had set in, we were taken to a room where Dr. Pratt entered and said he was suffering from allergies and apologized for sounding hoarse. He asked Jerry some basic health questions and looked in Jerry's eyes. Dr. Pratt said that his lenses were scratchy, due to overuse of glaucoma drops, causing the blurriness, and gave him a sample of Refresh drops to use. He instructed to make his next six-month appointment.

Dr. Pratt failed to conduct a thorough examination of his high-risk patient. He did not review the day's eye exam results or compare them to the those taken one month earlier, nor did he notice of Dr. Ennen's note about a slight loss of peripheral vision in Jerry's left eye. We later found out Jerry was suffering from Giant Cell Arteritis which, when suspected, should be treated immediately with steroids to reduce inflammation, and prevent damage to the optic nerve potentially resulting in permanent blindness.

On that Friday, Jerry could read the letters on the Stellen Eye Chart. Hoping the eye drops would take care of his blurriness, he waited. On Tuesday, May 24, 2022, he made an appointment with Dr. Ennen. Again, eye tests and exams were taken. Jerry was unable to read any of the letters on the eye chart with his left eye. He had permanently lost his vision in his left eye.

Jerry K. and Susan L. Davis
2800 Morning Sun Road
Waldron AR 72958
(254) 722-6874

Information for Section IV

Though Jerry was eighty-one at the time, he still worked and maintained the farm, vehicles and home with his wife, Susan. In his spare time he would watch television, or rather have it turned on, because he always had a book or something else close by that he would be reading. Losing the sight in one eye not only took away the joy of his favorite pastime and hobby, but also affected his mobility by altering his depth perception. He no longer went outside to work. He became weak and then he fell ill, which was rare for him. In July 2022, he went to the emergency room in Waldron, from where he was airlifted him to the Fort Smith Hospital. After several days, he was moved to a rehab facility for several weeks. He came home, but did not improve. He had home health visits several times a week, but he was not getting better and diagnosed with dementia A physical therapy assessment scored him one point above the threshold for needing constant nursing home care.

Susan had to take over his farm and household duties, adding them to her own. She became the only driver, which took time away from the caring for the homestead due to running errands and going to appointments. Jerry needed her care 24/7.

However, Jerry is a strong and determined man. When a wheelchair was delivered, he told Susan he would not use it. She explained she was having a hard time taking care of him because he was saying and doing odd things and being grumpy to her, which was unlike him. It became more difficult to lift him to change his clothing and bed linens several times a day. But, something changed in him, and he began improve. The home health staff were amazed by his progress. The seasoned physical therapist said he had never seen such improvement.  The six-month wait to see the neurologist passed, and the neurologist found that Jerry had been suffering from delirium due to the hardship that his body had gone through and it was not dementia.

Now, nearly two years later, his mental acuity is about where it had been, but he still has a rough time getting around physically. The blindness remains, but he can perceive light, which causes shadows play havoc and still affects lack of depth perception.

Insurance has covered most of the medical bills.

The cost of the past two years includes the wear and tear on vehicles and equipment, the lack of maintenance on out buildings,the home and land itself, as Susan focused on taking care of family. Susan, was not raised on a farm and Jerry had done almost all the work himself until he developed Giant Cell Arteritis. Now he only goes outside for appointments with doctors or ride into town to the feed store.

The Plaintiffs demand judgment against Defendants for compensatory damages in the amount of $800,000.00, the cost of this action, and any other relief the Court deems just and proper.


Jerry K. and Susan L. Davis
2800 Morning Sun Road
Waldron AR 72958
(254) 722-6874

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/24/2024

Signature of Plaintiff: *Susan Davis*

Printed Name of Plaintiff: Susan Davis

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address