IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| JERRY K. DAVIS and SUSAN L. DAVIS | PLAINTIFFS |
| v. Case No. 2:24-cv-02067 | |
| ENNEN EYE CENTER; PARKER PRATT, O.D.; and RANDY ENNEN, M.D. | DEFENDANTS |

## ORDER

Before the Court is the Report and Recommendation filed August 6, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 15). Plaintiffs have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Court finds Defendants' Motions to Dismiss (ECF No. 7, 10) should be and hereby are **GRANTED.** Accordingly, this case is **DISMISSED WITHOUT PREJUDICE.** Further, Plaintiffs' Motion for Extension of Time is **DENIED** as moot.

**IT IS SO ORDERED**, this 10th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge